SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail:   Garth.Hire@usdoj.gov

Attorneys for Plaintiff

FILED
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00806 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO RESCHEDULE SENTENCING HEARING; [P~~ROPOSE~~D] ORDER |
| v. | ) | |
| ALIJANDRO JONES, | ) | |
| Defendant. | ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

     1.    Defendant Alijandro Jones is currently scheduled to appear before this Court on February 23, 2007, for imposition of judgment and sentence.

     2.    Counsel for the government is required to be out of the district on work-related travel from February 12 through 22, 2007, and will not be available to file the necessary sentencing memoranda by the currently scheduled hearing.

///

///

///

1

3. The parties thus request that the hearing for the Sentencing be continued until 10 a.m. on March 23, 2007.

IT IS SO STIPULATED.

DATE: February 21, 2007                     Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            _____/s/[1]_____
                                            GARTH HIRE
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

DATE: February 21, 2007                     _____/s/_____
                                            JAMES PHILLIP VAUGHNS, ESQ.

                                            Counsel for Alijandro Jones

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled February 23, 2007, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 10 a.m. on March 23, 2007.

DATED: __2-21-07__        _____
                          HONORABLE D. LOWELL JENSEN
                          UNITED STATES DISTRICT JUDGE

---

[1] I hereby attest that I have on file all the holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2