**FILED**

MAR 07 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

Alijandro Jones,

    Defendant.

No. CR-05-00806-DLJ
**ORDER**

    Pursuant to the defendant's request, the above case is referred to Magistrate Judge Wayne D. Brazil to conduct a Detention Hearing and Magistrate Judge Wayne D. Brazil will issue a report and recommendation to the undersigned as to whether the defendant should be released or detained pending his 3/23/07 Sentencing hearing before Judge D. Lowell Jensen.

**IT IS SO ORDERED.**

Dated: 3-7-07

D. Lowell Jensen
UNITED STATES DISTRICT JUDGE