1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  GARTH HIRE (CASBN 187330)
   Assistant United States Attorney\

5
6     450 Golden Gate
      San Francisco, California 94102
      Telephone:  (415) 436-6960
7     Facsimile:  (415) 436-6982
      E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00806 DLJ |
| Plaintiff, | ) ) ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING SENTENCING |
| v. | ) ) | |
| ALIJANDRO JONES, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

1.  The defendant's sentencing hearing is currently scheduled for 10 a.m. on Friday, March 23, 2006.

2.  The parties request that this hearing be continued 10 a.m. on Friday, April 6, 2007, in order to provide both parties with additional time to provide the Court with information

///

///

STIPULATION AND ORDER RESCHEDULING
SENTENCING HEARING

and documents pertinent to the sentencing of defendant.

IT IS SO STIPULATED.

DATE: March 22, 2007                                      Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney


                                                          _____/s/_____
                                                          GARTH HIRE
                                                          Assistant United States Attorney

                                                          Attorneys for Plaintiff
                                                          UNITED STATES OF AMERICA


_____/s/_____
JAMES PHILLIP VAUGHNS, ESQ.

Counsel for Alijandro Jones

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

1.  The currently scheduled March 23, 2007, sentencing hearing for defendant Alijandro Jones is vacated. A sentencing hearing is now scheduled for 10:00 a.m. on April 6, 2007.

DATED: __3/22/07____                     _____
                                         HONORABLE D. LOWELL JENSEN
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
SENTENCING HEARING                    2