JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3929
    Facsimile:  (510) 637-3724
    E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00806 DLJ |
|        ) | |
|     Plaintiff, ) | STIPULATION AND ORDER |
|        ) | CONTINUING HEARING REGARDING |
|   v. ) | RESENTENCING |
|        ) | |
| ALIJANDRO JONES, ) | |
|        ) | |
|     Defendant. ) | |
|        ) | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

      1.    Defendant's counsel has filed a motion for resentencing based on the retroactive amendments to the crack cocaine guideline by the United States Sentencing Commission. A hearing on that motion is presently set for Friday, May 29, 2009.

      2.    In order to provide government counsel with additional time to prepare and file an opposition to this motion, the parties request that this hearing be continued 11 a.m. on Friday,

///

///

STIPULATION AND ORDER RESCHEDULING
HEARING

June 26, 2009.  The government may file any opposition by Friday, June 12, 2009, and the defense may file any reply by Friday, June 19, 2009.

    IT IS SO STIPULATED.

DATE: May 26, 2009                                   Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         /s/
                                         GARTH HIRE
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

    /s/
JAMES PHILLIP VAUGHNS, ESQ.

Counsel for Alijandro Jones

**ORDER**

    FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

    1.    The currently scheduled May 29, 2009, hearing regarding defendant's motion for resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m., Friday, June 26, 2009.  The government may file any opposition to defendant's motion by Friday, June 12, 2009, and defendant may file any reply by June 19, 2009.

DATED: May 27, 2009

                                         HONORABLE D. LOWELL JENSEN
                                         UNITED STATES DISTRICT JUDGE