JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00806 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND **ORDER** |
| | ) | CONTINUING HEARING REGARDING |
| v. | ) | RESENTENCING |
| | ) | |
| ALIJANDRO JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, by and through its attorney of record, and defendant, by and through his

attorney of record, hereby stipulate as follows:

    1.    Defendant's counsel has filed a motion for resentencing based on the retroactive

amendments to the crack cocaine guideline by the United States Sentencing Commission.  A

hearing on that motion is presently set for Friday, June 26, 2009.

    2.    In order to provide government counsel with additional time to prepare and file an

opposition to this motion, the parties request that this hearing be continued 11 a.m. on Friday,

///

///

STIPULATION AND ORDER RESCHEDULING
HEARING

1   July 31, 2009.  The government may file any opposition by Friday, July 17, 2009, and the

2   defense may file any reply by Friday, July 24, 2009.

3

4         IT IS SO STIPULATED.

5   DATE: June 24, 2009                        Respectfully submitted,

6                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney

7

8                                              _____/s/_____
                                               GARTH HIRE

9                                              Assistant United States Attorney

10                                             Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

11

12  _____/s/_____

13  JAMES PHILLIP VAUGHNS, ESQ.

14  Counsel for Alijandro Jones

15                                   **ORDER**

16        FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

17        1.      The currently scheduled June 26, 2009, hearing regarding defendant's motion for

18  resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m., Friday, July

19  31, 2009.  The government may file any opposition to defendant's motion by Friday, **July 17**,

20  2009, and defendant may file any reply by July 24, 2009.

21

22  DATED:   June 24, 2009         _____

23                                HONORABLE D. LOWELL JENSEN
                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION AND ORDER RESCHEDULING
HEARING                          2