JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00806 DLJ |
|        Plaintiff, ) ) | STIPULATION AND **ORDER** CONTINUING HEARING REGARDING RESENTENCING |
|    v. ) ) | |
| ALIJANDRO JONES, ) ) | |
|        Defendant. ) ) | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

      1.     Defendant's counsel has filed a motion for resentencing based on the retroactive amendments to the crack cocaine guideline by the United States Sentencing Commission.  A hearing on that motion is presently set for Friday, July 31, 2009.

      2.     After review of defendant's motion, the government believes it is necessary to order the transcripts for the change of plea and sentencing hearings in this case.  In order to provide government counsel with additional time to order those transcripts, for the court reporter to prepare those transcripts, and for the government to prepare and file an opposition to this

STIPULATION AND ORDER RESCHEDULING
HEARING

motion, the parties request that this hearing be continued 11 a.m. on Friday, October 30, 2009. The government may file any opposition by Friday, October 9, 2009, and the defense may file any reply by Friday, October 23, 2009.

   IT IS SO STIPULATED.

DATE: July 17, 2009                      Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         /s/
                                         GARTH HIRE
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA


    /s/
JAMES PHILLIP VAUGHNS, ESQ.

Counsel for Alijandro Jones

## ORDER

   FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

     1.    The currently scheduled July 31, 2009, hearing regarding defendant's motion for resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m., Friday, October 30, 2009. The government may file any opposition to defendant's motion by Friday, October 9, 2009, and defendant may file any reply by October 23, 2009.

DATED: July 17, 2009

                                      HONORABLE D. LOWELL JENSEN
                                      UNITED STATES DISTRICT JUDGE