JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00806 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND **ORDER** CONTINUING HEARING REGARDING RESENTENCING |
| ) | |
| v. ) | |
| ) | |
| ALIJANDRO JONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

      1.     Defendant's counsel has filed a motion for resentencing based on the retroactive amendments to the crack cocaine guideline by the United States Sentencing Commission.  A hearing on that motion is presently set for Friday, October 30, 2009.

      2.     The government requires additional time to evaluate the Ninth Circuit's recent decision this week in *United States v. Wesson*, ___ F.3d ___, 2009 WL 3336020, in which the Court held that career offenders are generally ineligible for retroactive resentencing.  The government also believes it is necessary to order the transcripts for the change of plea and

STIPULATION AND ORDER RESCHEDULING
HEARING

sentencing hearings in this case to determine if the below-guideline sentence received by defendant in this case implicates any part of the holding in *Wesson*..  In order to provide government counsel with additional time to evaluate *Wesson* and to order those transcripts, for the court reporter to prepare those transcripts, and for the government to prepare and file an opposition to this motion, the parties request that this hearing be continued 11 a.m. on Friday, December 18, 2009.  The government may file any opposition by Friday, December 4, 2009, and the defense may file any reply by Friday, December 11, 2009.

    IT IS SO STIPULATED.

DATE: October 23, 2009                                    Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                                 /s/
                                               GARTH HIRE
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

     /s/
JAMES PHILLIP VAUGHNS, ESQ.

Counsel for Alijandro Jones

**ORDER**

    FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

       1.     The currently scheduled October 30, 2009, hearing regarding defendant's motion for resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m., Friday, December 18, 2009.  The government may file any opposition to defendant's motion by Friday, December 4, 2009, and defendant may file any reply by December 11, 2009.

DATED: October 28, 2009                                    _____
                                               HONORABLE D. LOWELL JENSEN
                                               UNITED STATES DISTRICT JUDGE