1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3929
7     Facsimile:  (510) 637-3724
      E-Mail:     Garth.Hire@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 05-00806 DLJ
                                    )
14        Plaintiff,                )   STIPULATION AND ORDER
                                    )   CONTINUING HEARING REGARDING
15    v.                            )   RESENTENCING
                                    )
16 ALIJANDRO JONES,                 )
                                    )
17        Defendant.                )
                                    )
18 _____ )

19

20     Plaintiff, by and through its attorney of record, and defendant, by and through his

21 attorney of record, hereby stipulate as follows:

22     1.   Defendant's counsel has filed a motion for resentencing based on the retroactive

23 amendments to the crack cocaine guideline by the United States Sentencing Commission.  A

24 hearing on that motion is presently set for Friday, December 18, 2009.

25     2.   The government it is necessary to review the transcripts for the change of plea

26 and sentencing hearings in this case to analyze whether defendant is entitled to relief.  The

27 sentencing transcript is now available for review.  However, the transcript is under seal and a

28 court order is required for the court reporter to provide the parties with access to the transcript.

STIPULATION AND ORDER RESCHEDULING
HEARING

1  The parties therefore request that this Court order the sentencing transcript unsealed for the
2  limited purpose of providing the transcript to government and defense counsel, and modifying
3  the briefing schedule.  The parties request that the hearing be continued to 11 a.m. on Friday,
4  January 29, 2010, that the government may file its opposition to defendant's retroactivity motion
5  by Friday, January 15, 2010, and defendant may file any reply by Friday, January 22, 2010.
6  IT IS SO STIPULATED.
7  DATE: December 17, 2009                                   Respectfully submitted,

8                                                                                   JOSEPH P. RUSSONIELLO
                                                                                     United States Attorney
9

10  _____/s/_____           _____/s/_____
    JAMES PHILLIP VAUGHNS                              GARTH HIRE
11  Counsel for Alijandro Jones                             Assistant United States Attorney

12                                                                                   Attorneys for Plaintiff
                                                                                     UNITED STATES OF AMERICA
13

14                                                **ORDER**

15      FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

16      1.     The currently scheduled December 18, 2009, hearing regarding defendant's
17  motion for resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m.,
18  Friday, January 29, 2010.  The government may file any opposition to defendant's motion by
19  Friday, January 15, 2010, and defendant may file any reply by Friday, January 22, 2010.
20      2.     The sentencing hearing transcript is ordered unsealed for the purposes of
21  providing copies of the transcript to counsel for defendant and counsel for the government so
22  that counsel may make use of that transcript in addressing defendant's motion to reduce his
23  sentence.  The transcript shall otherwise remain sealed.
24
25  DATED: December 17, 2009                          _____
                                                                          HONORABLE D. LOWELL JENSEN
26                                                                        UNITED STATES DISTRICT JUDGE
27
28

STIPULATION AND ORDER RESCHEDULING
HEARING                                                          2