MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00806 DLJ |
|    Plaintiff, ) | STIPULATION AND ORDER CONTINUING HEARING REGARDING RESENTENCING |
| v. ) | |
| ALIJANDRO JONES, ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

     1.    Defendant's counsel has filed a motion for resentencing based on the retroactive amendments to the crack cocaine guideline by the United States Sentencing Commission.  A hearing on that motion is presently set for Friday, June 17, 2011.

     2.    In order for the parties to adequately prepare for the hearing and for the U.S. Supreme Court to decide a case which may impact the outcome of defendant's motion, and to

STIPULATION AND ORDER RESCHEDULING
HEARING

ensure availability of counsel, the parties request that the hearing be continued to 11 a.m. on Friday, August 12, 2011.

IT IS SO STIPULATED.

DATE: June 17, 2011                                  Respectfully submitted,

                                                                         MELINDA HAAG
                                                                         United States Attorney

_____/s/_____                                  _____/s/_____
JAMES PHILLIP VAUGHNS                               GARTH HIRE
Counsel for Alijandro Jones                              Assistant United States Attorney

                                                                         Attorneys for Plaintiff
                                                                         UNITED STATES OF AMERICA

**ORDER**

FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

The currently scheduled June 17, 2011, hearing regarding defendant's motion for resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m., Friday, August 12, 2011.

DATED: June 21, 2011                            _____
                                                    HONORABLE D. LOWELL JENSEN
                                                    UNITED STATES DISTRICT JUDGE