| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CABN 187330)<br>Assistant United States Attorney |

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALIJANDRO JONES,<br><br>    Defendant. | No. CR 05-00806 DLJ<br><br>STIPULATION AND ORDER CONTINUING HEARING REGARDING RESENTENCING |

    Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

    1.    Defendant's counsel has filed a motion for resentencing based on the retroactive amendments to the crack cocaine guideline by the United States Sentencing Commission. A hearing on that motion is presently set for Friday, December 16, 2011.

///

///

///

STIPULATION AND ORDER RESCHEDULING
HEARING

2. In order for the parties to adequately prepare for the hearing, the parties request that the hearing be continued to 11 a.m. on Friday, January 20, 2012.

IT IS SO STIPULATED.

DATE: June 17, 2011                           Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney


_____/s/_____           _____/s/_____
JAMES PHILLIP VAUGHNS                  GARTH HIRE
Counsel for Alijandro Jones            Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

## ORDER

FOR GOOD CAUSE SHOWN, THE COURT ORDERS THAT:

The currently scheduled December 16, 2011, hearing regarding defendant's motion for resentencing is vacated and a hearing on that motion is now scheduled for 11 a.m., Friday, January 20, 2012.

DATED:  December 16, 2011              _____
                                       HONORABLE D. LOWELL JENSEN
                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING                                2