UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALIJANDRO JONES,<br><br>　　　　　Defendant. | Case No. 05-cr-00806-JSW-1<br><br>**ORDER REGARDING CORRESPONDENCE FROM DEFENDANT AND ORDER TO SHOW CAUSE** |

　　　　The Court has received a letter directly from Defendant in advance of sentencing. The Court ORDERS that the letter shall be conditionally filed *ex parte* and under seal, and the Court will forward a copy to Defendant's counsel. Defendant is HEREBY ORDERED TO SHOW CAUSE why the letter should not be filed in the public record and served on the Government. Defendant's response to this Order to Show Cause shall be due by January 23, 2024.

　　　　**IT IS SO ORDERED**.

Dated: January 12, 2024

_____
JEFFREY S. WHITE
United States District Judge